# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL STEPHEN LANCELLOTTI ,  )
             )
    Plaintiff,     )
             )
    v.       )  **Civil Action No. 08-2179 (RJL)**
             )
FEDERAL BUREAU OF PRISONS, *et al.*, )
             )
    Defendants.   )

## ORDER

For the reasons stated in the accompanying Memorandum, it is this _11_ day of January 2010,

**ORDERED** that defendants' motion to dismiss [Dkt. No. 15] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

         _____
          RICHARD J. LEON
         United States District Judge